1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE INTERNATIONAL AIR TRANSPORTATION SURCHARGE ANTITRUST LITIGATION | ) Case No. M:06-1793-CRB ) ) MDL No. 1793 ) |
| _____ | ) [~~PROPOSED~~] ORDER GRANTING ) ADMINISTRATIVE MOTION TO |
| This Document Relates to: | ) CONSIDER WHETHER CASES ) SHOULD BE RELATED PURSUANT TO |
| ALL ACTIONS | ) CIVIL LOCAL RULE 3-12 ) |
| _____ | ) ) |

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12

1  On September 21, 2007 plaintiffs in the action *Tae Ki Hwang, et al. v. Korean Air Lines Co., Ltd., et al.,* Northern District Case No. C-07-4891-EDL, filed an Administrative Motion to Consider Whether Cases Should Be Related Pursuant to Civil Local Rule 3-12, seeking to relate the *Hwang* action to this action. Upon consideration of the papers and the pleadings on file, and good cause appearing, the Court **GRANTS** the motion.

IT IS HEREBY ORDERED that the following case is reassigned to the undersigned Judge as a related case:

1. *Tae Ki Hwang and Eunkyung Hwang v. Korean Air Lines Co., Ltd. and Asiana Airlines, Inc.*, Case No. C-07-4891-EDL

DATED:  October 1, 2007            _____

Hon. Charles R. Breyer, Judge

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12