**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

**October 9, 2007**

**CASE NUMBER: CV 07-04891 EDL**
**CASE TITLE: TAE KI HWANG-v-KOREAN AIRLINES CO.**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable CHARLES R. BREYER** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **CRB** immediately

after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 10/9/07

FOR THE EXECUTIVE COMMITTEE:

_____Richard W. Wieking_____  
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies          Special Projects  
Log Book Noted                         Entered in Computer 10/9/07AS

CASE SYSTEMS ADMINISTRATOR:  
Copies to: All Counsel                 Transferor CSA